# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS, | ) 1:15-cv-00715-BAM (PC) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| v. | ) (ECF No. 9) |
| C. KAMENA, et al., | ) |
| Defendants. | ) |

Plaintiff Scott K. Ricks ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 8, 2015. (ECF No. 1.)

On June 24, 2015, Plaintiff filed the instant request for entry of default against defendants. (ECF No. 9.) Plaintiff's request is premature.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains a cognizable claim for relief against the named defendant.

1

1  Plaintiff's complaint is currently in the screening stage and has not been served on any
2  defendant. Accordingly, Plaintiff's request for entry of default against defendants is HEREBY
3  DENIED.
4  IT IS SO ORDERED.

   Dated:   **June 25, 2015**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE