# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KAMENA, et al.,<br><br>　　　　　　Defendants. | Case No. 1:15-cv-00715-BAM (PC)<br><br>ORDER REGARDING OPERATIVE COMPLAINT |

Plaintiff Scott K. Ricks ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 28, 2017, the Court ordered Plaintiff to file a first amended complaint, limited to the revision of his damages claim, or notify the Court of his willingness to proceed on the damages pled in the original complaint. (ECF No. 30.) Plaintiff was expressly warned that failure to comply with the Court's order would result in the Court proceeding on the damages pled in the complaint filed on May 8, 2015. (Id. at 3.) Plaintiff failed to file an amended complaint or otherwise communicate with the Court.

Pursuant to the Court's order of July 28, 2017, IT IS HEREBY ORDERED that this action shall proceed only on the claims found cognizable and damages pled in the complaint filed on May 8, 2015.

IT IS SO ORDERED.

　　Dated:　**September 11, 2017**　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1