UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. KAMENA,<br><br>　　　　Defendant. | No. 1: 15-cv-00715-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 52) |

Plaintiff Scott K. Ricks ("plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2018, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment be denied. (Doc. No. 52.) The findings and recommendations were served on the parties and contained notice that any objections must be filed within fourteen days after service. (*Id.* at 11.) More than fourteen days have passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case and carefully reviewed the entire file. The court finds that the findings and recommendations are supported by the record and by proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on August 31, 2018 (Doc. No. 52) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 32) is denied;
3. This matter shall proceed on plaintiff's Eighth Amendment claims brought against defendant Kamena for the failure to protect plaintiff from his cellmate's attack and for deliberate indifference to plaintiff's serious medical need following that attack; and
4. The case is referred back to the assigned magistrate judge for further scheduling.

IT IS SO ORDERED.

Dated: **September 24, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE