# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT K. RICKS,** <br><br>         **Plaintiff,** <br><br>         v. <br><br> **C. KAMENA,** <br><br>         **Defendant.** | **CASE NO.: 1:15-cv-00715-DAD-BAM (PC)** <br><br> **ORDER TO RECAPTION CASE** |

This action proceeds only against Defendant Kamena. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated: __**September 25, 2018**__      /s/ *Barbara A. McAuliffe*
                                                                                  UNITED STATES MAGISTRATE JUDGE